Robert C. Weiss (SBN 39,929)
rcweiss@jonesday.com
Anna E. Raimer (SBN 234,794)
aeraimer@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>TERRALUX, INC.,<br><br>          Defendant. | Case No. EDCV 06-1292 VAP (OPx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Hon. Virginia A. Phillips |

1     WHEREAS plaintiff Mag Instrument, Inc. ("Mag Instrument") and defendant

2   TerraLUX, Inc. ("TerraLUX") have agreed in a separate agreement to settlement of

3   the matters in issue between them and to entry of this Consent Judgment and

4   Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED

5   THAT:

6     1.     This is an action for: (1) patent infringement under the patent laws of

7   the United States, 35 U.S.C. §271, *et seq*.; (2) federal trademark infringement,

8   federal false designation of origin, and federal trademark dilution under the

9   Trademark Act of 1946, as amended, 15 U.S.C. §1051, *et seq*.; (3) statutory unfair

10   competition under California Business and Professions Code §17200, *et seq*.; (4)

11   trademark dilution under California Business and Professions Code §14330; (5)

12   unauthorized infringement of a trademark under California Civil Code §3294; (6)

13   common law trademark infringement; and (7) common law unfair competition.

14     2.     This Court has jurisdiction over all of the parties in this action and

15   over the subject matter in issue based on 28 U.S.C. §§1331, 1338, and 1367(a), as

16   well as 15 U.S.C. §1121.  This Court further has continuing jurisdiction to enforce

17   the terms and provisions of this Consent Judgment and Permanent Injunction.

18   Venue is also proper in this Court pursuant to 28 U.S.C. §§1391(b) and (c) and

19   1400(b).

20     3.     Plaintiff Mag Instrument is a corporation incorporated under the laws

21   of the State of California and has its principal place of business at 2001 South

22   Hellman Avenue, Ontario, California 91761.

23     4.     Defendant TerraLUX is a corporation incorporated under the laws of

24   the State of Colorado and has its principal place of business at 1501 Lee Hill Road,

25   Unit 4, Boulder, Colorado 80304.

26     5.     TerraLUX has manufactured, used, imported, offered for sale, and/or

27   sold certain Pocket LED Flashlights with TerraLUX Light Engines (Model

28   "Minimax" TCL MM-1AA) (the "Minimax Flashlights"), as shown in **Exhibit 1**.

The Minimax Flashlights were neither manufactured nor authorized by plaintiff Mag Instrument.

6.     TerraLUX has also manufactured, used, imported, offered for sale, and/or sold certain Tail Cap Switches for AA MiniMag (TCL TCS-1) (the "Tail Cap Switches"), as shown in **Exhibit 2**.  The Tail Cap Switches were neither manufactured nor authorized by plaintiff Mag Instrument.

7.     TerraLUX has also manufactured, used, marketed, distributed, advertised, promoted, imported, offered for sale, and/or sold the Microstar 1™ Conversion Kit for "MiniMag" AAA and AA Flashlights (TCL-TLE-10), the MaxStar 2 for Maglite D (TCL-TLE-6N), the MiniStar 1 395 nm UV-A LEDs for AA Mini Maglite (TLE-4UV), the LED Replacement MaxStar for 3 Cell C & D Mag Instruments Flashlights (TCL DB-3W), the MiniStar 2 Kit (TLE-5), and the MaxCharger3 (TLE-100), which are shown in **Exhibits 3-8** (collectively, along with the Minimax Flashlight and the Tail Cap Switches, "the TerraLUX Products"). The above products were neither manufactured nor authorized by plaintiff Mag Instrument.

8.     Plaintiff Mag Instrument is, by assignment, the owner of all right, title, and interest in United States Patent No. RE 38,014 ("the '014 patent"), United States Patent No. D 530,438 ("the '438 patent"), and United States Patent No. D 530,439 ("the '439 patent").  Copies of these patents are attached hereto as **Exhibits 9-11**, respectively.

9.     The '438 patent and the '439 patent, both issued on October 17, 2006, are valid and enforceable patents unless found invalid or unenforceable by a court of competent jurisdiction without any right of appeal.

10.     For many years, and prior to the acts of defendant TerraLUX discussed herein, plaintiff Mag Instrument has continuously manufactured, advertised, assembled, marketed, sold, and distributed, in interstate commerce, a line of flashlights, including, but not limited to, a line of flashlights under the trademark

MINI MAGLITE®.  These flashlights are also characterized by their shape, style, and overall appearance ("SSOA").

11.    The SSOA of the MINI MAGLITE® flashlight is non-functional and has acquired secondary meaning in that it has come to be associated by the trade and consuming public exclusively with plaintiff Mag Instrument and, as a result, has come to signify plaintiff Mag Instrument as the source of flashlights bearing the same or similar characteristics.

12.    Plaintiff Mag Instrument has obtained, and is the owner of, a federal registration on the SSOA of the MINI MAGLITE® flashlight (the "SSOA Trademark"), which is valid and enforceable throughout the United States.  A copy of the SSOA Trademark (United States Trademark Registration Number 2,074,795) is attached hereto as **Exhibit 12**.  This registration remains in full force and effect.

13.    Mag Instrument has also developed a family of word marks incorporating the letters "MAG" in connection with the sale of its flashlights and related products.  Since at least as early as February 22, 1979, Mag Instrument adopted and began using "MAG INSTRUMENT" as its name and trademark in connection with its manufacture, advertising, and sale of flashlights and related products.  Mag Instrument is the owner of United States Trademark Registration No. 1,715,086 ("the '086 trademark") for "MAG INSTRUMENT," which is valid, enforceable, and incontestable.  A true and correct copy of the '086 trademark is attached hereto as **Exhibit 13**.

14.    Plaintiff Mag Instrument alleges that since at least as early as February 22, 1979, Mag Instrument has also been using the trademark "MAG-LITE" in connection with its manufacture, advertising, and sale of flashlights and related accessories/products.  Mag Instrument is the owner of United States Trademark Registration No. 1,154,816 ("the '816 trademark") for "MAG-LITE," which is valid, enforceable, and incontestable.  A true and correct copy of the '816 trademark is attached hereto as **Exhibit 14**.

15.     Plaintiff Mag Instrument alleges that since at least as early as January 9, 1992, Mag Instrument has also been using the trademark "MAG" in connection with its manufacture, advertising, and sale of flashlights and related accessories/products.  Mag Instrument is the owner of United States Trademark Registration No. 1,975,632 ("the '632 trademark") for "MAG," which is valid, enforceable, and incontestable.  A true and correct copy of the '632 trademark is attached hereto as **Exhibit 15**.

16.     Plaintiff Mag Instrument alleges that since at least as early as April 15, 1986, Mag Instrument has also been using the trademark "MINI MAGLITE" in connection with its manufacture, advertising, and sale of flashlights and related accessories/products.  Mag Instrument is the owner of United States Trademark Registration No. 1,389,804 ("the '804 trademark") for "MINI MAGLITE," which is valid, enforceable, and incontestable.  A true and correct copy of the '804 trademark is attached hereto as **Exhibit 16**.

17.     Plaintiff Mag Instrument alleges that since at least as early as July 12, 1983, Mag Instrument has also been using the trademark "MAG-NUM STAR" in connection with its manufacture, advertising, and sale of flashlight bulbs.  Mag Instrument is the owner of United States Trademark Registration No. 1,245,187 ("the '187 trademark") for "MAG-NUM STAR," which is valid, enforceable, and incontestable.  A true and correct copy of the '187 trademark is attached hereto as **Exhibit 17**.

18.     Plaintiff Mag Instrument alleges that since at least as early as September 30, 1982, Mag Instrument has also been using the trademark "MAG CHARGER" in connection with its manufacture, advertising, and sale of flashlights and related accessories/products.  Mag Instrument is the owner of United States Trademark Registration No. 2,999,097 ("the '097 trademark") for "MAG CHARGER," which is valid and enforceable.  A true and correct copy of the '097 trademark is attached hereto as **Exhibit 18**.

19.    Plaintiff Mag Instrument alleges that since at least as early as 1989, Mag Instrument has also been using the trademark "WHITE STAR" in connection with its manufacture, advertising, and sale of replacement flashlight lamps.  Mag Instrument is the owner of United States Trademark Registration No. 2,319,027 ("the '027 trademark") for "WHITE STAR," which is valid, enforceable, and incontestable.  A true and correct copy of the '027 trademark is attached hereto as **Exhibit 19**.

20.    Plaintiff Mag Instrument alleges that since at least as early as 1984, Mag Instrument has also been using the trademark "THE PROFESSIONAL FLASHLIGHT" in connection with its manufacture, advertising, and sale of flashlights.  Mag Instrument is the owner of United States Trademark Registration No. 1,709,897 ("the '897 trademark") for "THE PROFESSIONAL FLASHLIGHT," which is valid, enforceable, and incontestable.  A true and correct copy of the '897 trademark is attached hereto as **Exhibit 19A**.

21.    Defendant TerraLUX began marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling the TerraLUX Products subsequent to plaintiff Mag Instrument's use and registration of the Subject Marks.

22.    In addition to its federal trademark registrations and in furtherance of its effort to develop and promote a family of marks incorporating the term "MAG," Mag Instrument also owns the following state trademark registrations: California Trademark Registration No. 60,569 for "MAG-LITE," California Trademark Registration No. 66,754 for "MAG-NUM STAR," California Trademark Registration No. 78,422 for "MINI MAGLITE," and California Trademark Registration No. 86,000 for "MINI MAGLITE AAA."  True and correct copies of those registrations are attached hereto as **Exhibits 20-23**.  (Hereinafter, "Subject Marks" refers to the state registrations and the federal registrations.  "State Subject Marks" refers only to the state registrations).

23.     TerraLUX, its officers, directors, employees, and attorneys, are hereby permanently enjoined from engaging in any of the following activities, unless so authorized by Mag Instrument:

(a)     manufacturing, using, marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling the Minimax Flashlights;

(b)     manufacturing, using, importing, offering for sale, and/or selling any flashlight that infringes the '438 patent or the '439 patent, unless found invalid or unenforceable by a court of competent jurisdiction without any right of appeal;

(c)     inducing or enabling others to manufacture, use, import, offer for sale, and/or sell any flashlight that infringes the '438 patent or the '439 patent;

(d)     using the Subject Marks (except to designate that a TerraLUX product is suitable for use with a trademarked Mag Instrument Product) or using MiniMax, MicroStar, MaxStar, The Professional's Choice, MaxCharger, or any other mark, design, reproduction, copy or symbol that is a colorable imitation thereof in connection with the manufacturing, use, marketing, distribution, advertisement, promotion, importation, offer for sale, and/or sale of flashlights or any goods or services not originating from or authorized by Mag Instrument; and

(e)     representing that goods, services, or other products provided by TerraLUX are sponsored, approved, authorized by, or originate from Mag Instrument.

24.     Service by mail upon TerraLUX, addressed to William D. Meyer, Hutchinson Black and Cook, LLC, 921 Walnut Street, Suite 200, Boulder, Colorado 80302, or any alternative recipient designated in writing by TerraLUX, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65.  It shall not be necessary for TerraLUX to sign any form of acknowledgement of service.

//

//

25.    The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated:  April 17 , 2008          By:  _____
                                      Hon. Virginia A. Phillips
                                      United States District Court Judge

APPROVED AS TO FORM AND CONTENT:

Dated:  January ___, 2008        JONES DAY

                                 By:_____
                                      Robert C. Weiss

                                 Attorneys for Plaintiff
                                 MAG INSTRUMENT, INC.

Dated:  January ___, 2008        HUTCHINSON BLACK AND COOK, LLC

                                 By:_____
                                      William D. Meyer

                                 Attorneys for Defendant
                                 TERRALUX CORP.

- 8 -